UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DANIEL DEWAYNE AIKENS | CIVIL ACTION NO. 24-0580 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| COLONIAL LIFE & ACCIDENT INSURANCE CO. | MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM RULING

Before the Court is a Motion for Default Judgment filed by Third Party Defendant-in-Interpleader Lakishama Katrice Lewis ("Lewis") against Third Party Defendant-in-Interpleader Jonathan E. Sanders ("Sanders") (Record Document 108). For the reasons stated below, the Motion is **GRANTED**.

### FACTUAL BACKGROUND

On December 10, 2024, Colonial Life & Accident Insurance Co. ("Colonial Life") filed a Counterclaim and Third Party Complaint-in-Interpleader naming, among others, Sanders as a claimant to the life insurance proceeds at issue. See Record Document 33. In its interpleader pleading, Colonial Life named Daniel Aikens, Jason Miles, Sanders, and Lewis as potential claimants to the proceeds. See id. at 2.

The record reflects that Sanders was served with the Counterclaim and Third Party Complaint-in-Interpleader on March 18, 2025. See Record Document 74. His responsive pleading was due April 8, 2025. See id. Sanders failed to file an answer or otherwise appear. The Clerk of Court entered a Notice of Entry of Default on April 28, 2025. See Record Document 79. To date, Sanders has not appeared or asserted any claim to the interpleaded funds.

## LAW AND ANALYSIS

Federal Rule of Civil Procedure 55 permits entry of default judgment where a party has been properly served and fails to plead or otherwise defend. In an interpleader action, once the stakeholder deposits the disputed funds and the claimants are required to interplead their competing claims, the action proceeds as a dispute among the claimants as to entitlement to the fund. See 28 U.S.C. § 1335. Here, Sanders was properly served, default was entered by the Clerk, and he has failed to appear. Accordingly, the entry of a default judgment is appropriate.

## CONCLUSION

For the reasons explained above, the Motion for Default Judgment (Record Document 108) is **GRANTED**.

A separate Judgment shall issue herewith.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 10th day of February, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT